1  TOMPKINS & DAVIDSON, LLP
   DANIEL F. SHAPIRO
2  1515 Broadway, 43rd Floor
3  New York, New York 10036
   Telephone:   212-944-6611
4  Facsimile:   212-944-9779
5  dshapiro@tdllp.com

6  Attorney for Defendant
   HARTFORD FIRE INSURANCE COMPANY
7

8  LAW OFFICES OF K. GREG PETERSON
9  K. GREG PETERSON (SBN 118287)
   1716 L Street
10 Sacramento, California 95814
   Telephone:   916-443-3010
11 greg@kgregpeterson.com
12

E-Filing

IT IS SO ORDERED

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
DATE    DEC 2 2 2005

13              UNITED STATES DISTRICT COURT
14
15              NORTHERN DISTRICT OF CALIFORNIA
16

17 AMERICAN PRESIDENT LINES, LTD.,
   and APL CO. Pte., LTD.,
18
                Plaintiffs,                    Case No.: C-05-4717-MMC
19
20      v.
                                               STIPULATION EXTENDING TIME
21 HARTFORD FIRE INSURANCE                     FOR DEFENDANT TO FILE ANSWER
   COMPANY, a corporation,                     TO COMPLAINT
22
23              Defendant.
24
25
26
27      Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated between the parties hereto that
28 Defendant, Hartford Fire Insurance Company's, time to file an answer to Plaintiff's complaint

shall be extended to and including January 6, 2006.

Dated: December 20, 2005

TOMPKINS & DAVIDSON, LLP

By: *[signature]*

Daniel F. Shapiro
Attorneys for Defendant
HARTFORD FIRE INSURANCE CO.
1515 Broadway, 43rd Floor
New York, New York 10036
Tel. (212) 944-6611
Fax (212) 944-9779

LUCAS VALLEY LAW

By: *[signature]*

Mark K. de Langis (SBN 190083)
Attorney for Plaintiffs
AMERICAN PRESIDENT LINES, LTD.
and APL CO. Pte., LTD.,
2110 Elderberry Lane
San Rafael, California 94903
Tel. (415) 472-3892
Fax (415) 472-3977

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD. and APL CO. Pte., LTD.<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation<br><br>Defendant. | Case No.: C-05-4717-MMC<br><br>CERTIFICATE OF SERVICE |

I am employed in the County of New York. I am over the age of eighteen years and not a party to this action. My business address is 1515 Broadway, 43rd Floor, New York, New York 10036.

I hereby certify that on December 20, 2005, I served the Stipulation Extending Time for Defendant to File Answer to Complaint on all parties in this action by placing a true copy of the above document enclosed in a sealed envelop addressed as follows:

<u>VIA FEDERAL EXPRESS</u>:

Mark K. de Langis, Esq.
Lucas Valley Law
2110 Elderberry Lane
San Rafael, California 94903
Attorney for Plaintiff American President Lines, Ltd. and APL Co. Pte., Ltd.

Dated this 20th day of December, 2005

*Audrey Drillich*
Audrey Drillich