1  Dean P. Sperling
   State Bar No. 82936
2  LAW OFFICE OF DEAN P. SPERLING
   201 East Sandpointe, Suite 220
3  Santa Ana, California 92707-5742
   Telephone (714) 438-8090
4  Facsimile (714) 438-8088
   dsperling@sperlinglaw.com
5
6  Attorneys for Defendant, Hartford Insurance Company
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 AMERICAN PRESIDENT LINES, LTD. and )  CASE NO. C 05 4717 MMC
   APL CO. Pte., LTD.                )
12                                    )  SUBSTITUTION OF ATTORNEY,
                  Plaintiffs,         )  ORDER THEREON
13                                    )
            vs.                       )
14                                    )
   HARTFORD FIRE INSURANCE COMPANY,   )
15 a corporation,                     )
                                      )
16                Defendants.         )
17                                    )
18
19
20
21  Defendant HARTFORD FIRE INSURANCE COMPANY, a corporation
22  ("Defendant"), hereby substitutes Dean P. Sperling, California State Bar Number 82936,
23  Law Office of Dean P. Sperling, 201 East Sandpointe, Suite 220, Santa Ana, California
24  92707, telephone number (714) 438-8090, facsimile number (714) 438-8088, email address:
25  dsperling@sperlinglaw.com in place and stead of Daniel F. Shapiro, Tompkins & Davidson,
26  LLP, 1515 Broadway, 43rd Floor, New York, New York, 10036, telephone number (212)
27  944-6611, facsimile number (212) 944-9779.
28  ///

                                        1
                            Substitution of Attorney, Order Thereon

I consent to the above substitution:

Dated: January 6, 2006

HARTFORD FIRE INSURANCE COMPANY, a corporation

By: James M. Gorman, Authorized Agent for HARTFORD FIRE INSURANCE COMPANY, a corporation

Dated: January 6, 2006

TOMPKINS & DAVIDSON, LLP

By: Daniel F. Shapiro

Dated: January 6, 2006

LAW OFFICE OF DEAN P. SPERLING

By: Dean P. Sperling

**ORDER**

UPON consideration of the foregoing and good cause appearing thereto, it is so ordered.

DATED: ~~January ____, 2006~~ February 7, 2006

Maxine M. Chesney, United States District Judge for the Northern District of California

F:\Wp8\HartfordInsurance\MTL\Plead\SubstitutionAttyForm01.wpd