1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for
   AMERICAN PRESIDENT LINES, LTD., AND APL
6  CO. Pte, LTD,

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 AMERICAN PRESIDENT LINES, LTD., and      No. C05 4717 MMC
   APL CO, Pte., LTD,
12
              Plaintiff,                    STIPULATED REQUEST FOR ORDER
13      v.                                  GRANTING RELIEF FROM CASE
                                            MANAGEMENT SCHEDULE
14 HARTFORD FIRE INSURANCE COMPANY, a
   corporation,
15
              Defendant.
16

17

18

19

20

21 ///

22

23

24 ///

25

26

1       Pursuant to Civil Local Rules 6-1(b), 6-2(a), 7-11, and 16-2(d) and (e), plaintiffs
2 American President Lines, Ltd. And APL Co. Pte., LTD.(collectively "APL") and defendant
3 Hartford Fire Insurance Company ("Hartford") request an order granting relief from the Case
4 Management Schedule in the above-captioned matter.
5       No previous time modifications to the Case Management Schedule have been
6 requested or granted. The requested enlargement of time/ relief from the Case Management
7 Schedule is sought because Hartford has just recently substituted in Dean P. Sperling as counsel
8 and a conflict has arisen requiring the substitution of new counsel. The substitution of attorney
9 replacing Dean P. Sperling with Sharon Biederman is currently being processed by Hartford and
10 counsel. Ms. Biederman just received the file on Wednesday, February 8, 2006, and is still in the
11 process of substituting in as counsel. Although counsel spoke on February 8, 2006, Ms.
12 Biederman is still in the process of gathering information regarding this file.. (*See* Declaration of
13 Sharon R. Biederman, filed in support of this Stipulated Request.)
14
15       IT IS HEREBY STIPULATED by and between plaintiffs APL and defendant
16 Hartford that the Case Management Schedule shall be vacated and amended to reflect the
17 following dates:

| Date | Event | Governing Rule |
|---|---|---|
| 3/10/2006 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCP 26(f) ADR L.R. 3-5 |
| 3/10/2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 3/24/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCP 26(a)(1) Civil L.R. 16-9 |
| 3/31/2006 | Case Management Conference in Courtroom 7, 19th Floor, SF at 10:30 a.m. | Civil L.R. 16-10 |

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (C 05-4717 MMC)

2

1
2   DATED: February 9, 2006                       LUCAS VALLEY LAW
3
4
5                                      By: s/ _____
6                                           Mark K. de Langis
7                                           Attorneys for Plaintiffs
                                             Company A
8
  DATED: February 9, 2006                      LAW OFFICES OF DEAN P. SPERLING
9
10
11
12                                         By: _____
                                          Dean P. Sperling
13                                         Attorneys for Defendant
                                          Hartford Fire Insurance Company
14

15                        **PURSUANT TO STIPULATION, IT IS SO ORDERED**

16
17   Dated: February 13, 2006          _____
18                                         UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (C 05-4717 MMC)

3