1  Sharon R. Biederman
   State Bar No. 91330
2  BIEDERMAN & ASSOCIATES
   330 Main St., #203c
3  Seal Beach, CA 90740
   Telephone (562) 598-3700
4  Facsimile (562) 598-3708
   akiba1708@yahoo.com
5
   Attorneys for Defendant, Hartford Insurance Company
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
    AMERICAN PRESIDENT LINES, LTD. and  )  CASE NO. C 05 4717 MMC
11  APL CO. Pte., LTD,                  )
                                        )  SUBSTITUTION OF ATTORNEY;
12                                      )  ORDER THEREON
              Plaintiffs,               )
13                                      )
         vs.                            )
14                                      )
    HARTFORD FIRE INSURANCE COMPANY,    )
15  a corporation,                      )
                                        )
16                                      )
                                        )
17            Defendants.               )
                                        )
18                                      )
                                        )
19                                      )
    _____)
20

21
       Defendant HARTFORD FIRE INSURANCE COMPANY, a corporation
22
    ("Defendant"), hereby substitutes Sharon R. Biederman, California State Bar Number 91330,
23
    Biederman & Associates, 330 Main St., #203c, Seal Beach, California 90740, telephone
24
    number (562) 598-3700, facsimile number (562) 598-3708, email address:
25
    akiba1708@yahoo.com in place and stead of Dean P. Sperling, , 201 East Sandpointe, Suite
26
    220, Santa Ana, California, 92707-5742, telephone number (714)438-8090, facsimile number
27
    (714)438-8088.
28
                                          1

                        Substitution of Attorney; Order Thereon

1  I consent to the above substitution:

2

3  Dated: February 8, 2006                    HARTFORD FIRE INSURANCE
                                              COMPANY, a corporation
4

5           .                           By: _____
                                              James M. Gorman, Authorized Agent for
6                                             HARTFORD    FIRE   INSURANCE
                                              COMPANY, a corporation
7

8

9  Dated: February 7, 2006                    LAW OFFICE OF DEAN P. SPERLING

10
                                        By: _____
11                                            Dean P. Sperling

12
   Dated: February 15, 2006                   BIEDERMAN & ASSOCIATES
13

14                                      By: _____
                                              Sharon R. Biederman
15

16
                                      **ORDER**
17
       UPON consideration of the foregoing and good cause appearing thereto, it is so
18
   ordered.
19
           March 10,
20 DATED: ~~February~~ ____, 2006        _____
21                                            Maxine M. Chesney, United States District
                                              Judge for the Northern District of
22                                            California

23

24

25

26

27

28 C:\Documents and Settings\Sharon\My Documents\hartford.doc

                                              2

                              Substitution of Attorney; Order Thereon