1  SHARON R. BIEDERMAN
   BIEDERMAN & ASSOCIATES (SBN 91330)
2  330 Main St., #203c
   Seal Beach, California 90740
3  Telephone: (562) 598-3700
   Facsimile: (562) 598-3708
4  akiba1708@yahoo.com

5  Attorneys for
   AMERICAN PRESIDENT LINES, LTD., AND APL
6  CO. Pte, LTD,

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | AMERICAN PRESIDENT LINES, LTD., and APL CO, Pte., LTD, | No. C05 4717 MMC |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, v. | DECLARATION OF SHARON R. BIEDERMAN REQUESTING TELEPHONIC COURT APPEARANCE; ORDER THEREON |
| 14 | HARTFORD FIRE INSURANCE COMPANY, a corporation, | Date: MARCH 31, 2006 |
| 15 | | |
| 16 | Defendant. | TIME: |
| 17 | | PLACE: |

18

19          I, Sharon R. Biederman, declare:

20          1. I am an attorney at law licensed to practice before all the courts of the State of

21             California including this court. As to the facts contained in this declaration, I

22             could and would competently testify in a court of law because they are

23             personally known to me to be true.

24          2. I am a sole practitioner and am out of the country. I will not be able to appear

25             personally in this court at the Status Conference set for March 31, 2006.

26

-1-
DECLARATION OF SHARON R. BIEDERMAN REQUESTING TELEPHONIC COURT APPEARANCE

1    3. I therefore request that the court allow me to appear by telephone on that date.

2    4. I have contacted opposing counsel and he has agreed to this request.

4    Executed this 27th day of March 2006, at Toronto, Canada.

5    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

_____
Sharon R. Biederman, Declarant

10  The above request to appear by telephone is hereby GRANTED. Counsel for all parties shall appear by telephone and shall be available for the case management conference as of 10:30 a.m. In the future, should counsel wish to appear by telephone, counsel shall comply with Civil Local Rule 16-10(a).

13  Dated: March 29, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (C 05-4717 MMC)

2