1  SHARON R. BIEDERMAN, BAR NO. 91330
   BIEDERMAN & ASSOCIATES
2  1198 PACIFIC COAST HIGHWAY, #D512
   Seal Beach, CA 90740
3  Telephone:  (562) 598-3700
   Facsimile:   (562) 598-3708
4  Akiba1708@yahoo.com

5  Attorneys for
   HARTFORD FIRE INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., and APL CO, Pte., LTD,<br><br>              Plaintiff,<br>   v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation,<br><br>              Defendant.<br>_____<br>AND RELATED CROSS-COM,PLAINT | No. C05 4717 MMC<br><br>STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE ;<br>ORDER THEREON |

        Pursuant to Local Rules 6-1(b), 6-2(a), and 16-2(d) and (e), Plaintiffs American President Lines Ltd. and APL Co.Pte., LTD. (collectively "APL") and defendant Hartford Fire Insurance Company ("Hartford") request relief from the Case Management Conference Schedule in the above-captioned matter.

        Although the Case Management Conference had previously been continued shortly after the case was originally served, APL and Hartford have not settled the case and require additional

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE
MANAGEMENT SCHEDULE

1

time to finalize the settlement agreement and exchange the settlement funds. In addition, Hartford requires additional time to enter the default judgment against cross-defendants, against whom defaults have already been entered by this court. See Declaration of Sharon R. Biederman submitted herewith.

It is hereby stipulated between APL and Hartford that the Case Management Conference now set for Friday, July 14, 2006, be continued approximately three months or to another time chosen by the court to allow the finalization of the settlement and the entry of the judgment against cross-defendants.

It is also stipulated between APL and Hartford that all other court deadlines be vacated, upon approval of the court, because the matter has been settled and a default judgment will be entered against the cross-defendants.

Dated: 7/11/06            LUCAS VALLEY LAW

By: _____
Mark K. de Langis
Attorneys for Plaintiffs, APL

Dated: July 10, 2006      BIEDERMAN & ASSOCIATES

By: _____
Sharon R. Biederman
Attorneys for Defendant, Hartford

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

2

1
2   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The July 14, 2006 case management conference is hereby CONTINUED to October 13, 2006 at 10:30 a.m.  Unless a
3   dismissal has been filed, the parties shall file a joint case management statement by October 6, 2006.
4   Dated:  July 12, 2006                                   _____
5                                                                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE
MANAGEMENT SCHEDULE