IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD., et al.,

    Plaintiffs,

  v.

HARTFORD FIRE INSURANCE COMPANY, et al.,

    Defendants.
                                        /

No. C-05-4717 MMC

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

      On August 17, 2006, defendant Hartford Fire Insurance Company ("Hartford") electronically filed a motion for default judgment against third party defendants Alexander Solovyev and MTL Worldwide Agency, Inc. Hartford has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      In addition, Hartford has violated the Civil Local Rules by failing to submit a memorandum of points and authorities containing reference to pertinent authority, see Civil L.R. 7-4(a), and failing to submit a proposed default judgment, see Civil L.R. 7-2(c).

1  Moreover, although the electronically-filed motion refers to an attached declaration of
2  Sharon R. Biederman, no such declaration has been filed.
3       Accordingly, the motion for default judgment is hereby DENIED without prejudice.
4       **IT IS SO ORDERED.**
5  Dated: August 28, 2006                    MAXINE M. CHESNEY
6                                            United States District Judge