LUCAS VALLEY LAW
Mark K. de Langis (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorneys for Plaintiffs
American President Lines, Ltd and
APL CO. Pte., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., and APL CO. Pte., LTD., <br><br> Plaintiffs, <br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, a corporation, <br><br> Defendant. | No. C 05-4717 MMC <br><br> **STIPULATION FOR DISMISSAL OF COMPLAINT; [PROPOSED] ORDER** <br><br> [F.R.C.P. 41] |
| HARTFORD FIRE INSURANCE COMPANY, a corporation, <br><br> Third Party Plaintiff, <br> v. <br><br> ALEXSANDR SOLOVYEV, an individual; MTL WORLDWIDE AGENCY, INC., a corporation, <br><br> Third Party Defendants. | The Honorable Maxine M. Chesney |

TO THE COURT:

   Now come Plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively

1 "APL") and Defendant/Third Party Plaintiff Hartford Fire Insurance Company ("Hartford"), by
2 and through their respective counsel and stipulate to the dismissal of the Complaint as follows:
3     1.   The Complaint, and all causes of action therein, as between APL and Hartford,
4 shall be dismissed in its entirety with prejudice.
5     2.   The Third Party Complaint of Hartford as against Alexsandr Solovyev and MTL
6 Worldwide Agency, Inc. shall be unaffected by the dismissal of the original Complaint.  The
7 Court shall retain jurisdiction over the Third Party Complaint.
8     3.   All parties are to bear their own costs and attorneys' fees.

DATED: September 12, 2006        LUCAS VALLEY LAW

By: s//_____
            Mark K. de Langis

Attorneys for Plaintiffs
AMERICAN PRESIDENT LINES, LTD. &
APL CO. PTE., INC.


DATED: September ___, 2006       BIEDERMAN & ASSOCIATES


By: _____
            Sharon R. Biederman

Attorneys for Defendant and
Third Party Plaintiff
HARTFORD FIRE INSURANCE CO.

1  "APL") and Defendant/Third Party Plaintiff Hartford Fire Insurance Company ("Hartford"), by
2  and through their respective counsel and stipulate to the dismissal of the Complaint as follows:
3       1.   The Complaint, and all causes of action therein, as between APL and Hartford,
4  shall be dismissed in its entirety with prejudice.
5       2.   The Third Party Complaint of Hartford as against Alexsandr Solovyev and MTL
6  Worldwide Agency, Inc. shall be unaffected by the dismissal of the original Complaint. The
7  Court shall retain jurisdiction over the Third Party Complaint.
8       3.   All parties are to bear their own costs and attorneys' fees.

DATED: September ___, 2006            LUCAS VALLEY LAW

                                       By: s//_____
                                            Mark K. de Langis

                                       Attorneys for Plaintiffs
                                       AMERICAN PRESIDENT LINES, LTD. &
                                       APL CO. PTE., INC.


DATED: September _)_, 2006             BIEDERMAN & ASSOCIATES

                                       By: _____
                                            Sharon R. Biederman

                                       Attorneys for Defendant and
                                       Third Party Plaintiff
                                       HARTFORD FIRE INSURANCE CO.

STIPULATION FOR DISMISSAL
2

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION** of counsel for all parties that have appeared in this action,

**IT IS SO ORDERED** that:

1. The Complaint, and all causes of action therein, as between APL and Hartford, shall be dismissed in its entirety with prejudice.

2. The Third Party Complaint of Hartford as against Alexsandr Solovyev and MTL Worldwide Agency, Inc. shall be unaffected by the dismissal of the original Complaint. The Court shall retain jurisdiction over the Third Party Complaint.

3. All parties are to bear their own costs and attorneys' fees.

Dated: September 13, 2006

_____
UNITED STATES DISTRICT JUDGE