1  BIEDERMAN & ASSOCIATES
   SHARON R. BIEDERMAN (SBN 91330)
2  1198 Pacific Coast Highway D512
   Seal Beach, California  90740
3  Telephone:  (562) 598-3700
   Facsimile:   (562) 598-3708
4  Akiba1708@yahoo.com

5  Attorneys for
   HARTFORD FIRE INSURANCE COMPANY, a
6  corporation

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | AMERICAN PRESIDENT LINES, LTD., and | No. C 05 4717 MMC
   | APL CO, Pte., LTD,                 |
12 |                                    |
   |          Plaintiff,                | [PROPOSED] DEFAULT JUDGMENT
13 |     v.                             | AGAINST THIRD PARTY
   |                                    | DEFENDANTS ALEXSANDR
14 | HARTFORD FIRE INSURANCE COMPANY, a | SOLOVYEV AND MTL WORLDWIDE
   | corporation,                       | AGENCY, INC.
15 |                                    |
   |          Defendant.                | Date:  n/a
16 |                                    | Time:  n/a
   |                                    | Place  n/a
17 |_____|
   | HARTFORD FIRE INSURANCE COMPANY,
18 | A corporation,
   |
19 |          Third Party Plaintiff,
   |
20 |
   |     v.
21 |
   | ALEKSANDR SOLOVYEV, an individual;
22 | MTL WORLDWIDE AGENCY, INC.,
   |
23 |
   |          Third Party Defendants.
24 |_____|

25          Pursuant to the request of Third Party Plaintiff, Hartford Fire Insurance

26
   [PROPOSED] DEFAULT JUDGMENT AGAINST THIRD PARTY DEFENDANTS
   ALEXSANDR SOLOVYEV AND MTL WORLDWIDE AGENCY, INC.

                                   1

1 Company ("Hartford") and for other good cause, this court hereby enters a default judgment in
2 this matter against Third Party Defendants, Aleksandr Solovyev, an individual, and MTL
3 Worldwide Agency, Inc., on the Third Party complaint in this action and in favor of Hartford
4 for the following amounts:
5
6 . Principal in the amount of $72,500.00 and attorneys' fees and costs in the
7 amount of $20,459.32 for a total judgment of $92,959.32.
8 Dated: September 25, 2006                    /s/ Maxine M. Chesney
9                                              Judge of the United States ~~Bankruptcy~~ District Court

[PROPOSED] DEFAULT JUDGMENT AGAINST THIRD PARTY DEFENDANTS
ALEXSANDR SOLOVYEV AND MTL WORLDWIDE AGENCY, INC.

2